UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE TODD W. ROBINSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JESUS STEVEN DE LA CRUZ,<br><br>　　　　　Defendant. | Criminal Case: 3:23-CR-00743-TWR<br><br>**ORDER** |

　　　**IT IS ORDERED** that the joint motion is granted. The motion hearing/trial setting shall be continued to July 14, 2023 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the period of delay from the filing of the joint motion until July 14, 2023, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A). For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 5/11/2023

　　　　　　　　　　　　　　　　　　　_Todd Robinson_
　　　　　　　　　　　　　　　　　　　Honorable Todd W. Robinson
　　　　　　　　　　　　　　　　　　　United States District Judge